UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFURIAT YESUFU,

                        Plaintiff,

            -against-                                    26-cv-2245 (GBD)

SANTANDER,                                              CIVIL JUDGMENT

                        Defendants.

For the reasons stated in the April 27, 2026, order, the Court dismisses this action as frivolous.

This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.


Dated:    April 30, 2026
          New York, New York


                                    /s/ George B. Daniels
                                        GEORGE B. DANIELS
                                    United States District Judge